UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Craig,                                    )
                                          )
          Plaintiff,                      )
                                          )
     v.                                   )    Civil Action No.
                                          )
United States Government et al.,          )        10 0698
                                          )
          Defendants.                     )

## MEMORANDUM OPINION

Plaintiff Craig (no last name) has filed an application to proceed without prepayment of fees and a pro se complaint. The application will be granted and the complaint will be dismissed for failure to state a claim upon which relief may be granted.

Craig, who identifies himself in the caption as "a Prisoner of Faith in the Saint Elizabeth Prison Hospital," brings this suit against the "United States Government" and the Department of Justice, asserting that since January 23, 1990, the Department of Justice "has willingly-knowingly-wantingly [sic] failed to educate the public as to the magnitude of disability rights protection per the Americans with Disabilities Act of Anno Domini 1990 — the ADA for the honorable psychiatrically disabled – and – their caregivers." Complaint ¶ 2. The remainder of the complaint explains Craig's thinking regarding how this failure led to his mother's death, *see id.* ¶ 3, and discloses Craig's recollections of his last few conversations with his mother before she died, *see id.* ¶¶ 4-7. He seeks damages in the amount of $3 million for himself, and an equal amount for his fiancé and his best man, and $6 million for a foundation named after his mother. *Id.* at 9.

The allegation that the Department of Justice has failed to educate the public regarding the Americans with Disabilities Act, 42 U.S.C. §§ 12102 et seq., does not state a claim upon which Craig may be granted relief. Accordingly, the Court will dismiss the complaint for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

A separate order accompanies this memorandum opinion.

Date: April 26, 2010

United States District Judge